# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MIKHEAL CHRISTOPHER GILLIAM,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| V. | )    Case No.:  7:25-cv-783-LCB-HNJ <br> ) |
| **ALABAMA DEPARTMENT OF CORRECTIONS**, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) |

## ORDER

On January 23, 2025, U.S. Magistrate Judge Herman N. Johnson Jr., issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court dismiss this action without prejudice for mootness because Mikheal Christopher Gilliam died on October 30, 2025. (Doc. 12).

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review *de novo* those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *Haywood v. Green*, Case No. 1:21-cv-01112-LCB-HNJ, 2023 WL 6303027, at *1 (N.D. Ala. Sept. 27, 2023). The district court may, in its

review, "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 12) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The case is therefore **DISMISSED WITHOUT PREJUDICE FOR MOOTNESS**.

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this February 17, 2026.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

2